02-09-417-CV















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-09-00417-CV 

 

 


 
 
 Phillip Thompson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Judith Rodriguez
 
 
  
 
 
 APPELLEE 
 
 


 

 

----------

 

FROM THE
96th District Court OF Tarrant
COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

Before
the court is the parties’ “Joint Motion to Remand Due to Settlement.”  The motion is granted.  Accordingly, we withdraw our opinion and
judgment of September 30, 2010; vacate the trial court’s October 27, 2009
judgment without regard for the merits; and remand this case to the trial court
for rendition of judgment in accordance with the parties’ rule 11
agreement.  See Tex. R. App. P. 42.1(a)(2)(B); Tex. R.
Civ. P. 11.  Costs of this appeal shall
be paid according to the parties’ agreement.  See
generally Tex. R. App. P. 42.1(d).

 

 

 

ANNE GARDNER
JUSTICE

 

PANEL:  GARDNER and MCCOY, JJ.; and DIXON W. HOLMAN (Senior Justice, Retired, Sitting
by Assignment)

 

DELIVERED:  January 13, 2011











          [1]See Tex. R. App. P. 47.4.